IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DERRICK YATES                                                                                                PLAINTIFF

vs.                                          Civil No. 4:12-cv-4098

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 18, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). This action involves an appeal of a decision by the Commissioner of the Social Security Administration to deny Plaintiff certain disability benefits. Judge Bryant recommends that the ALJ's decision to deny Plaintiff such benefits be reversed and remanded because it is not supported by substantial evidence. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and the ALJ's decision is **REVERSED AND REMANDED**.

**IT IS SO ORDERED**, this 8th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

